SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Larry J. Shemen, et al<br><br>        Defendants | Case No. **2:10-cv-01989-JAM-KJM**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL OCTOBER 2, 2010 FOR DEFENDANTS LARRY J. SHEMEN; SHERRI SHEMEN; EDWARD JOHANSON TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Larry J. Shemen; Sherri Shemen; Edward Johanson, by and through, Scott N. Johnson; Larry J. Shemen; Sherri Shemen; Edward Johanson (PRO SE), stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. Defendants Larry J. Shemen; Sherri Shemen; Edward Johanson are granted an extension until October 2, 2010 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Larry J. Shemen; Sherri Shemen; Edward Johanson response will be due no later than October 2, 2010.

IT IS SO STIPULATED effective as of August 23, 2010

Dated:   August __, 2010                /s/Larry J. Shemen_____

                                        Larry J. Shemen

                                        PRO SE


Dated:   August __, 2010                /s/Sherri Shemen_____

                                        Sherri Shemen

                                        PRO SE


Dated:   August __, 2010                /s/Edward Johanson _____

                                        Edward Johanson

                                        PRO SE

```
Dated:   August 23, 2010              /s/Scott N. Johnson
                                      Scott N. Johnson,
                                      Attorney for Plaintiff
```

**IT IS SO ORDERED:** that Defendants shall have until October 2, 2010 to respond to complaint.

```
Dated: September 1, 2010        /s/ John A. Mendez
                                John A. Mendez
                                United States District Judge
```